[No. 14277–1–I. Division One. January 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY GENE LANGDON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02900–3, Frank L. Sullivan, J., entered January 24, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, A.C.J., and Coleman, J. Now published at 42 Wn. App. 715.

[No. 14674–2–I. Division One. January 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ENLO SWAFFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–03640–9, Liem E. Tuai, J., entered April 23, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Coleman, JJ.

[No. 15145–2–I. Division One. January 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD B. SHERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 3371, Richard L. Pitt, J., entered July 27, 1984. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 13156–7–I. Division One. January 6, 1986.]

KENNETH A. MACDONALD, ET AL, *Appellants,* v. JEANNETTE C. HAYNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–03201–8, Francis E. Holman, J., entered April 11, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, J., and Cole, J. Pro Tem. Now published at 43 Wn. App. 81.